## Hornbaker Unemployment Compensation Case.

Argued September 17, 1970. *Mildred Hornbaker,* claimant, appellant in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Keyes *v.* Cottman Mechanical Contractors, Inc. (et al., Appellants).

Argued September 15, 1970. *Abraham J. Golden,* for appellant; *Samuel Moonblatt,* for appellee; *John G. McDougall,* for additional defendant, appellee.

Order affirmed.

MONTGOMERY, J., would reverse the summary judgment entered in favor of plaintiff-appellee, Thomas G. Keyes, against Cottman Mechanical Contractors, Inc., original defendant and appellant, with a procedendo.